Jeffrey D. Wolfe, Bar # 025386
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@maceybankruptcylaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Jessica Jimenez<br><br>        Plaintiff,<br><br>v.<br><br>National Credit Systems, Inc.<br><br>        Defendant. | Case No. 2:11-cv-02093-NVW<br><br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff, by and through counsel, give Notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow time for full execution of the settlement agreement.

RESPECTFULLY SUBMITTED,

MACEY BANKRUTPCY LAW,

By: */s/ Jeffrey D. Wolfe*
Jeffrey D. Wolfe, Bar # 025836
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@maceybankruptcylaw.com
*Attorney for Plaintiff*

Notice of Settlement - 1

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2012 a copy of the foregoing Notice was filed electronically.  The following parties were served by placing a copy of the same in the U.S. Mail on February 21, 2012.

Ron Sapp
National Credit Systems, Inc.
PO BOX 312125
Atlanta, GA  31131

*/s/ Jeffrey D. Wolfe*