Jeffrey D. Wolfe, Bar # 025386
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@maceybankruptcylaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Jessica Jimenez<br><br>    Plaintiff,<br><br>v.<br><br>National Credit Systems, Inc.<br><br>    Defendant. | Case No. 2:11-cv-02093-NVW<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

MACEY BANKRUTPCY LAW,

By: */s/ Jeffrey D. Wolfe*
Jeffrey D. Wolfe, Bar # 025836
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@maceybankruptcylaw.com
*Attorney for Plaintiff*

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012 a copy of the foregoing Notice was filed electronically.  The following parties were served by placing a copy of the same in the U.S. Mail on April 20, 2012.

Ron Sapp
National Credit Systems, Inc.
PO BOX 312125
Atlanta, GA  31131

*/s/ Jeffrey D. Wolfe*